**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| IN RE: | **RAMIRO VIDAL RAMIREZ** | BK. CASE # |
|---|---|---|
| | DEBTOR(S) | CHAPTER 13 |

### CHAPTER 13 PAYMENT PLAN

**NOTICE:** • The following plan contains provisions which may significantly affect your rights. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within forty (40) days from its notification. • A proof of claim must be filed by or on behalf of each creditor, including secured creditors, in order for the creditor to be eligible to be paid by the trustee. The Trustee will pay the allowed claims, as filed, provided for in the plan unless disallowed or expressly modified by the terms of this plan, or by subsequent Court order. If no claim is filed the trustee will not pay a creditor provided in the plan unless ordered by the Court. See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   ■ directly ☐ by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
☐ 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

**PLAN DATED:** August 1, 2016         ☐ **AMENDED PLAN DATED:** _____
☐ PRE ☐ POST-CONFIRMATION           FILED BY ☐ DEBTOR ■ TRUSTEE ☐ UNSECURED CREDITOR

**I. PAYMENT PLAN SCHEDULE**

| $ | 150.00 | x | 60 | = $ | 9,000.00 |
|---|---|---|---|---|---|
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| | TOTAL = | | 60 | $ | 9,000.00 |

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from _____
☐ Sale of property identified as follows:

☐ Other: _____

Periodic Payments to be made other than and in addition to the above.
$ _____ x _____ = $ _____
To be made on: _____

**PROPOSED PLAN BASE:** $ 9,000.00

**II. ATTORNEY'S FEES**
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

| a. Rule 2016(b) Statement: | $ 3,000.00 |
|---|---|
| b. Fees Paid (Pre-Petition): | ($ 1,000.00) |
| c. R 2016 Outstanding balance: | ($ 2,000.00) |
| d. Post Petition Additional Fees: | $ 0.00 |
| e. Total Compensation: | $ 3,000.00 |

**III. DISBURSEMENT SCHEDULE SEQUENCE**

**A. SECURED CLAIMS:** ☐ Debtor represents that there are no secured claims.
■ Secured creditors will retain their liens and shall be paid as follows:

☐ **ADEQUATE PROTECTION** Payments: Cr. _____ $ 0.00
☐ Trustee will pay secured **ARREARS**:
Cr. _____ Cr. _____ Cr. _____
POC _____ POC _____ POC _____
$ _____ $ _____ $ _____

☐ Trustee will pay REGULAR MONTHLY PAYMENTS:
(please refer to the above related notice, for important information about this provision)
Cr. _____ Cr. _____ Cr. _____
POC _____ POC _____ POC _____
Monthly Pymt.$ _____ Monthly Pymt.$ _____ Monthly Pymt.$ _____

■ Trustee will pay **IN FULL** Secured Claims:
Cr. ANDERSON FINANCIAL SERVICES    Cr. IRIS G TORRES    Cr. _____
$ 3,355.00    $ 45,000.00    $ _____

■ Trustee will pay **VALUE OF COLLATERAL**:
Cr. SANTOS ALFREDO MARTINEZ    Cr. _____    Cr. _____
$ 0.00    $ _____    $ _____

☐ Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
Cr. _____  Ins. Co. _____  Premium: $ _____
(Please indicate in "Other Provisions" the insurance coverage period)

☐ Debtor SURRENDERS COLLATERAL TO Lien Holder: _____

■ Debtor will maintain REGULAR PAYMENTS DIRECTLY to: DEPARTMENT OF TREASURY*

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
■ **DEPARTMENT OF THE TREASURY**

**C. UNSECURED PREFERRED:** Plan ☐ Classifies ■ Does not Classify claims
☐ Class A: ☐ Co-debtor Claims: ☐ Pay 100%/☐ "Pay Ahead"
☐ Class B: ☐ Other Class:
☐ Cr. _____  ☐ Cr. _____  ☐ Cr. _____
$ _____  $ _____  $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ 0.00)
☐ Will be paid 100% plus % Legal Interest. ☐ Will be paid Pro-Rata from any remaining funds

| | |
|---|---|
| Signed: **/s/ RAMIRO VIDAL RAMIREZ**<br>DEBTOR<br><br>JOINT DEBTOR | **OTHER PROVISIONS:**<br><br>**\* For additional other provisions, please see attachment sheet(s).** |

CHAPTER 13 TRUSTEE:   **/s/ Nydia Gonzalez Ortiz, ESQ**   Phone:   **(787) 267-2205/2252**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

IN RE: **RAMIRO VIDAL RAMIREZ**  BK. CASE #

DEBTOR(S)  CHAPTER 13

### Chapter 13 Plan Continuation Sheet

**Additional Other Provisions:**
In addition to the above-stated, creditors exist to whom the debtor will maintain regular payments directly.
   Creditor **RAMON SANTIAGO** will be paid directly by the debtor.
   Creditor **RIGOBERTO QUIROS** will be paid directly by the debtor.
   Creditor **ROBERTO QUIROS** will be paid directly by the debtor.
   Creditor **SANTOS ALFREDO MARTINEZ** will be paid directly by the debtor.
   Creditor **SANTOS ALFREDO MARTINEZ** will be paid directly by the debtor.
   Creditor **SANTOS ALFREDO MARTINEZ** will be paid directly by the debtor.
   Creditor **SANTOS ALFREDO MARTINEZ** will be paid directly by the debtor.
   Creditor **TRM. LLC AGENTE DE SERVICIOS DE RNPM, LL** will be paid directly by the debtor.