*IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO*

| *IN RE:* | *CASE NO. 16-06138(EAG)* |
|---|---|
| *RAMIRO VIDAL RAMIREZ* <br> *Debtor* | *CHAPTER 13* |

*OBJECTION TO CONFIRMATION*

*TO THE HONORABLE COURT:*

*NOW COMES* *TRM LLC as service agent for RNPM LLC, through counsel, and most respectfully* ***STATES*** *and* ***PRAYS:***

1. *Appearing party is a secured creditor which holds a mortgage over property of the estate.*

2. *On August 1, 2016, Debtor filed a proposed plan of reorganization.*

3. *Appearing party objects same because the plan does not provide for payments of pre-petition arrears in the amount of*

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 Mexico Street, Suite D-1,
San Juan, Puerto Rico 00917
Phones (787) 756-5730, FAX (787) 764-0340
E-Mail: wvslawllc@gmail.com

*$195,537.44 (claim #1) accordingly fails to comply with 11 USC 1322 (b).*

4. *The proposed plan of reorganization does not comply with the applicable Bankruptcy Law and seems insufficiently funded based on proof of claim filed by appearing party.*

5. *The plan is not feasible is speculative and does not comply with 11USC 1322 (b,) (2) and (3).*

6. *Debtor's actions are causing unreasonable delay which is prejudicial to appearing party.*

7. *Accordingly, confirmation should be denied*

**WHEREFORE,** *it is respectfully requested that this motion be granted, with such further relief as is deemed appropriate in the circumstances.*

**I CERTIFY,** *that on this same date, I electronically filed the foregoing with the Clerk*

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 Mexico Street, Suite D-1,
San Juan, Puerto Rico 00917
Phones (787) 756-5730, FAX (787) 764-0340
E-Mail: wvslawllc@gmail.com

*of this Court via CM/ECF system, which will electronically send notification of such filing to all the parties who have requested notice.*

*In San Juan, Puerto Rico, this 26th, day of August, 2016.*

*WVS LAW LLC*
*17 Mexico St., Suite D-1*
*San Juan, PR 00917-2202*
*Tel: 787-756-5730*
*Fax: 787-764-0340*
*Email: wvslawllc@gmail.com*
*By: S/Wallace Vazquez Sanabria*
*Wallace Vazquez Sanabria-12510*

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 Mexico Street, Suite D-1,
San Juan, Puerto Rico 00917
Phones (787) 756-5730, FAX (787) 764-0340
E-Mail: wvslawllc@gmail.com